◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN WILLIAMS, Appellant. [54 NYS3d 300]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Efman, J.), rendered April 19, 2016, convicting him of attempted burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention concerning the voluntariness of his plea of guilty is unpreserved for appellate review (*see People v Williams*, 27 NY3d 212, 214 [2016]; *People v Zellner*, 147 AD3d 797, 798 [2017]; *People v May*, 138 AD3d 1146, 1146 [2016]). In any event, the record as a whole affirmatively demonstrates that the defendant entered his plea of guilty knowingly and voluntarily (*see People v Conceicao*, 26 NY3d

375, 382-383 [2015]; *People v May*, 138 AD3d at 1146). Rivera, J.P., Leventhal, Austin and Cohen, JJ., concur.